UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
─────────────────────────────────────

ABSOLUTE ANGEL, INC.,

                          Plaintiff,              22-cv-6017 (JGK)

          - against -                             ORDER

LIBERTY MUTUAL INSURANCE COMPANY,
                          Defendant.
─────────────────────────────────────

JOHN G. KOELTL, District Judge:

     The parties are directed to submit a Rule 26(f) report by

September 15, 2022.


SO ORDERED.
Dated:     New York, New York
           August 31, 2022


                              /s/ John G. Koeltl
                                 John G. Koeltl
                       United States District Judge